**BARNES & THORNBURG** LLP

2121 N. Pearl Street
Suite 700
Dallas, Texas 75201 U.S.A.
(214) 258-4200
Fax (214) 258-4199

www.btlaw.com

Mark C. Nelson
(214) 258-4140
Mark.Nelson@btlaw.com

December 16, 2020

<u>*Via U.S. Mail and Email*</u>: *Scott.Hogan@usdoj.gov*
Scott Hogan, Assistant U.S. Attorney
United States Attorney's Office
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

    Re: **Notice of Ex Parte Application for Seizure of Counterfeit Goods**

Dear United States Attorney Hogan:

Pursuant to 15 U.S.C. §1116(d)(2), 3M Company ("3M") provides your office with this Letter of Notice of its Ex Parte Application for Seizure of Counterfeit 3M Respirators. 3M's application will be filed with the Court in the Northern District of Texas.

The Defendant is Moonlight Medical Equipment & Supplies, LLC d/b/a Quality Resource Company ("Moonlight Medical"). This matter arises from a recent discovery that leads 3M to believe that Moonlight Medical is selling counterfeit 3M N95 respirators, which falsely bear 3M trademarks.

Moonlight Medical is located in Richardson, Texas, with a second address in Plano. The locations of the counterfeit goods to be seized are as follows:

  1002 North Central Expressway, Suite 495
  Richardson, Texas 70580

  and

  5151 Headquarters Drive, Suite 260
  Plano, Texas 75024-0022

Please do not hesitate to contact me if you have questions.

Sincerely,

*[signature: Mark Nelson]*

Mark C. Nelson