# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 3M Company | 3:20-CV-03664-K |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Moonlight Medical Equipment & Supplies LLC d/b/a Quality Resource Company | CIVIL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Moonlight Medical Equipment & Supplies LLC d/b/a Quality Resource Company

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1002 North Central Expressway, Suite 495, Richardson, Texas 70580

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark C. Nelson, Barnes & Thornburg LLP, 2121 N. Pearl Street, Suite 700, Dallas, Texas 75201, mark.nelson@btlaw.com

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The likely location of a warehouse is the address above - 1002 North Central Expressway, Suite 495, Richardson, Texas 70580. Defendant has a second address at 5151 Headquarters Drive, Suite 260, Plano, Texas 75024-0022 which may be an office location.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (214) 258-4140
DATE: 12-21-2020

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 77
District to Serve No.: 77
Date: 12/21/20

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 12/22/2020  Time: 1000  ☒ am  ☐ pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $585.00 | $16.01 | 0 | $601.10 | 0 | $601.10 |

REMARKS: Address was Vacated. USMS obtained access from property owner. Property Owner advises that "Moonlight" abandoned the building around the end of November. DUSMs located several pieces of property that was to be seized. Items are logged on USM-102A for the Richardson address. There is also a separate USM-102A for an item seized at the Plano address. (12/22/20) 3 DUSMs, 3 hours, 28 miles