IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **3M COMPANY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MOONLIGHT MEDICAL SUPPLIES & EQUIPMENT LLC d/b/a QUALITY RESOURCE COMPANY,**<br><br>    Defendant. | **CASE NO.: 3:20-cv-3664-K**<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR PAPOOL S. CHAUDHARI TO WITHDRAW AS COUNSEL

COMES NOW, Defendant Moonlight Medical Supplies & Equipment LLC dba Quality Resource Company ("Defendant"), and hereby respectfully move the court to withdraw Papool S. Chaudhari as counsel for Defendants.  Plaintiff does not oppose this motion.

Mr. Chaudhari is leaving Sul Lee Law Firm, PLLC and unable to continue serving as counsel for Defendant.  Ms. Sul Lee and Ms. Tracy Lin remains as counsel of record for Defendants, and Ms. Lee will serve as lead counsel. Accordingly, Defendant respectfully requests the Court withdraw Mr. Chaudhari as counsel of record for Defendant in this action.

| | |
|---|---|
| Date: <u>February 9, 2021</u> | Respectfully submitted,<br><br>*/s/ Papool S. Chaudhari*____<br>PAPOOL S. CHAUDHARI<br>Texas Bar No. 24076978<br>pchaudhari@sulleelaw.com<br>SUL LEE |

**DEFENDANT'S MOTION FOR PAPOOL S. CHAUDHARI TO WITHDRAW AS COUNSEL        1**

        Texas Bar No. 24078844
        sul@sulleelaw.com

**SUL LEE LAW FIRM, PLLC**
3030 LBJ Fwy, Suite 1130
Dallas, TX 75234
Tel. 214-206-4064
Fax. 214-206-4068

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel for Plaintiff through ECF filing on the 9th of February, 2021.

        */s/ Papool S. Chaudhari*
        Papool S. Chaudhari

## CERTIFICATE OF CONFERENCE

On February 9, 2021, counsel for Plaintiff and counsel for Defendants engaged in a substantive discussion concerning this motion. Plaintiff affirmatively indicated they do not oppose the motion.

        */s/ Papool S. Chaudhari*
        Papool S. Chaudhari